DORA FRIES and Others, Appellants, v. STANDARD INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.